

| | | |
|---|---|---|
| Steven W. Gold | Andrew R. Gottesman | **Senior Counsel** |
| Steven G. Mintz* | Matthew S. Seminara | Jack A. Horn |
| Jeffrey D. Pollack* | Julia B. Milne | Noreen E. Cosgrove |
| Elliot G. Sagor | James W. Kennedy | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Ryan W. Lawler* | |
| Lon Jacobs | Andrew A. Smith | **Of Counsel** |
| Steven A. Samide | Amit Sondhi | Honorable Vito J. Titone (dec.) |
| Scott A. Klein | Michael Mooney | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Adam K. Brody | Harvey J. Horowitz (dec.) |
| Robert B. Lachenauer | Andrew E. Steckler | Honorable Howard Miller |
| Roger L. Stavis | Alex J. Otchy* | NY Appellate Div. 1999–2010 [ret.] |
| Charles A. Ross** | Philip Tafet | Alan Katz |
| Richard M. Breslow | Allison Pridmore | Eric M. Kutner |
| Barry M. Kazan* | Carli M. Aberle | Andrew P. Napolitano° |
| Craig D. Spector* | Zachary J. Turquand | Brian T. Sampson |
| Kevin M. Brown | Kellyann T. Ryan | Erica Nazarian |
| Alexander H. Gardner | Jason Leach**** | Tara Shamroth |
| Heath Loring | Sitie "Esther" Tang | Jared Van Vleet |
| Peter Guirguis | | |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California
****Also admitted in Texas

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

January 16, 2024

**Via ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 202
New York, NY 10007

Re: <u>Saquicela v. Sajid Contracting Corp. et al.</u>
    1:23-cv-08318 (JMF)

Dear Judge Furman:

We represent Defendant D'Onofrio General Contractors Corp. ("DGC Corp.") and Defendant Jerry D'Onofrio Jr. ("D'Onofrio") (collectively, "Defendants"), in the above-captioned action (the "Action").

Defendants' lead counsel, Jeffrey D. Pollack, will be out of town on February 1, 2024, and thus, unavailable to attend the initial pretrial conference currently scheduled for that morning. Therefore, Defendants respectfully request an adjournment of the initial pretrial conference until a date after February 13, 2024, when Mr. Pollack returns to New York.

Plaintiff's counsel, Justin M. Reilly, previously requested an adjournment of the initial pretrial conference, on consent of all parties, in a letter motion dated December 22, 2023 (*see also* Dkt. No. 23), which the Court granted on December 28, 2023, adjourning the conference until

> Application GRANTED. The initial pretrial conference scheduled for February 1, 2024 is hereby RESCHEDULED to **February 15, 2024** at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 27.
>
> SO ORDERED.
>
> *[signature]*
>
> January 16, 2024



February 1, 2024. Defendants' counsel has not previously requested an adjournment of this conference. All parties consent to the granting of Defendants' request herein.

Thank you for your time and attention to this matter.

Very truly yours,

Jeff Pollack

cc:    Robert I. Gosseen, Esq.
       Justin M. Reilly, Esq.