UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL SAQUICELA,

                    Plaintiff,

-v-

SAJID CONTRACTING, CORP., D'ONOFRIO GENERAL CONTRACTORS CORP., SAJID MEHMOOD, and JERRY D'ONOFRIO JR.,

                    Defendants.

CIVIL ACTION NO.: 23 Civ. 8318 (JMF) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The request at ECF No. 28 is GRANTED, and the settlement conference scheduled for January 19, 2024 is ADJOURNED to **Tuesday, February 13, 2024 at 10:00 am** and will take place by videoconference hosted by the Court through the Microsoft Teams platform. The Court will provide a link prior to the settlement conference.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 20 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **February 7, 2024**. No further submissions from Plaintiff are required. Plaintiff shall, however, promptly provide a copy of his submission to Defendants' counsel, if he has not already done so. The parties are reminded to submit the Attendance Acknowledgement form annexed to the Standing Order (ECF No. 20 at 7).

The Clerk of Court is respectfully directed to close ECF No. 28.

Dated:    New York, New York
            January 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**