UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
           :
MIGUEL SAQUICELA,           :
           Plaintiff,    :
           :        23-CV-8318 (JMF)
    -v-           :
           :        ORDER
           :
SAJID CONTRACTING, CORP. et al.,           :
           :
         Defendants.    :
           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The initial pretrial conference scheduled for February 15, 2024 is hereby ADJOURNED to **February 29, 2024** at **9:00 a.m.** The Court reserves judgment on the parties' proposed consent to jurisdiction by a United States magistrate judge until after the settlement conference scheduled for February 13, 2024, at 10:00 a.m. before Magistrate Judge Cave.

      SO ORDERED.

Dated: February 8, 2024
      New York, New York

                                         _____
                                            JESSE M. FURMAN
                                         United States District Judge