UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MIGUEL SAQUICELA, :
:
:
Plaintiff, :
: 23-CV-8318 (JMF)
-v- :
: ORDER
:
SAJID CONTRACTING, CORP. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In view of the February 27, 2024 settlement conference and the pending form consenting to the Magistrate Judge's jurisdiction, the initial pretrial conference scheduled for February 29, 2024 is hereby ADJOURNED to **March 14, 2024** at **9:00 a.m**.

    SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                                              _____
                                                                              JESSE M. FURMAN
                                                              United States District Judge