UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL SAQUICELA,

                Plaintiff,

-v-

SAJID CONTRACTING, CORP., D'ONOFRIO GENERAL CONTRACTORS CORP., SAJID MEHMOOD, and JERRY D'ONOFRIO JR.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 8318 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, June 3, 2024, by **August 7, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of fact discovery, including the number of depositions that have been completed, the number of depositions that remain to be completed, if any, and any other outstanding fact discovery issues.

Dated:    New York, New York
            June 3, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**