UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL SAQUICELA,

                Plaintiff,

-v-

SAJID CONTRACTING, CORP., D'ONOFRIO GENERAL CONTRACTORS CORP., SAJID MEHMOOD, and JERRY D'ONOFRIO JR.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 8318 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 5, 2024, the deadline for the parties to file their joint letter certifying the completion of fact discovery is **EXTENDED** up to and including **October 7, 2024**.

Dated:    New York, New York
           September 5, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**