UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL SAQUICELA,

                          Plaintiff,

-v-

SAJID CONTRACTING, CORP., D'ONOFRIO GENERAL CONTRACTORS CORP., SAJID MEHMOOD, and JERRY D'ONOFRIO JR.,

                         Defendants.

CIVIL ACTION NO.: 23 Civ. 8318 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On or before **February 28, 2025**, the parties shall file a joint letter setting forth the status of their February 11, 2025 mediation and their proposed next steps in this case.

Dated:     New York, New York
            February 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**