

March 27, 2025

**Via ECF**

Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The parties' request at ECF No. 66 is **GRANTED**. The deadline for the parties to file their <u>Cheeks</u> submission is **EXTENDED** up to and including **April 14, 2025**.
>
> The Clerk of Court is respectfully directed to close ECF No. 66.
>
> SO ORDERED.   March 28, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Saquicela v. Sajid Contracting Corp., et al.*, 23-cv-8318

Dear Magistrate Judge Cave,

Please accept this correspondence as the parties' joint letter requesting additional time to submit our *Cheeks* submission for approval of the settlement agreement. Pursuant to the Court's February 27, 2025 Order, the parties' submission is currently due on or before March 31, 2025. The parties request an additional two weeks, or until April 14, 2025, to submit our motion for judicial approval.

Thank you for your time and attention to this matter.

Sincerely,

/s/*Jeffrey D. Pollack*_____
Jeffrey D. Pollack

cc:   Robert Gosseen, Esq.
      Justin Reilly, Esq.