

**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN

**Via: SDNY ECF**

April 14, 2025

Honorable Judge Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

---

> The parties' request at ECF No. 68 is **GRANTED**. The deadline for the parties to file their Cheeks submission is **EXTENDED** up to and including **April 18, 2025.**
>
> The Clerk of Court is respectfully directed to close ECF No. 68.
>
> SO ORDERED.   April 15, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

---

   Re:   *Saquicela v. Sajid Contracting, Corp., et al.*; 23-cv-08318-SLC

Dear Hon. Judge Cave,

   My office represents Plaintiff in the above-referenced FLSA action. I write jointly with counsel for the Defendants to respectfully request a brief extension of time, until April 18, 2025, to finalize and submit the parties' settlement agreement and joint motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). This is the Parties' second request.

   We remain available should Your Honor require any additional information concerning this request.

   We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Victoria Spagnolo
Victoria Spagnolo, Esq.

cc: all counsel of record via ECF and email.

PHONE: 516.228.5100   FAX: 516.228.5106   Info@NHGLAW.COM
WWW.NHGLAW.COM   WWW.NEWYORKOVERTIMELAW.COM