```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MIGUEL SAQUICELA,<br><br>                  Plaintiff,<br>-v-<br><br>SAJID CONTRACTING, CORP., et al.,<br><br>                  Defendants. | CIVIL ACTION NO. 23 Civ. 8318 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' motion for approval of their proposed settlement of Plaintiff's claims under the Fair Labor Standards Act ("FLSA") (ECF No. 70 (the "Motion")), it is ORDERED that on or before **April 25, 2025**, the parties shall supplement the Motion with (i) a copy of Plaintiff's retainer agreement, and (ii) his counsel's contemporaneous billing records. See Coyotecalt v. 23rd & 9th Rest. Corp., No. 23 Civ. 3614 (SDA), 2024 WL 1407263, at *1 (S.D.N.Y. Apr. 2, 2024) (considering plaintiffs' retainer agreement in connection with Cheeks review of FLSA settlement); see also Al Sweiki v. Cent. Pk. Food Corp., No. 23 Civ. 5706 (AEK), 2025 WL 406729, at *3 (S.D.N.Y. Feb. 5, 2025) (considering plaintiff's counsel's billing records in connection with Cheeks review).

Dated:    New York, New York
            April 22, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**